**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Wright v. City of Chicago, et al

Case Number: 1:24-cv-2466

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff David Wright

Attorney name (type or print): Elizabeth C. Wang

Firm: Loevy & Loevy

Street address: 2060 Broadway, Ste. 460

City/State/Zip: Boulder, CO 80302

Bar ID Number: 6287634 (IL)
(See item 3 in instructions)

Telephone Number: 720.328.5642

Email Address: elizabethw@loevy.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 27, 2024

Attorney signature: S/ Elizabeth Wang
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023