**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Wright v. City of Chicago, et al.

Case Number: 24-CV-2466

An appearance is hereby filed by the undersigned as attorney for:

Defendant Steven Klaczynski

Attorney name (type or print): Matthew R. Howroyd

Firm: Hinshaw & Culbertson LLP

Street address: 151 North Franklin Street, Suite 2500

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6283115
(See item 3 in instructions)

Telephone Number: 312-704-3000

Email Address: mhowroyd@hinshawlaw.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 30, 2024

Attorney signature: S/ Matthew R. Howroyd

(Use electronic signature if the appearance form is filed electronically.)

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 30, 2024, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


*/s/ Matthew R. Howroyd*