**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID WRIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CITY OF CHICAGO, et al.,<br><br>*Defendants*. | Case No. 2024-CV-2466<br><br>Judge John F. Kness<br>Magistrate Young B. Kim |

**OFFICER DEFENDANTS'
UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendants, KENNETH BOUDREAU, JAMES CASSIDY, J. GANDURSKI, JOHN HALLORAN, and RICHARD ZULEY (collectively, "Officer Defendants"), by their undersigned attorneys, move this Court pursuant to Federal Rules of Civil Procedure 6(b) for an extension of 30 days, to July 30, 2024, to answer or otherwise plead to Plaintiff's Complaint. In support therefore, Officer Defendants state as follows:

1. On March 27, 1994, Plaintiff David Wright (herein "Plaintiff") filed a 199-paragraph, 12-count civil rights Complaint alleging claims pursuant to 42 U.S.C. § 1983 and Illinois state law against the City of Chicago, five individual police officers, a former Cook County Assistant State's Attorney, and Cook County arising out of Plaintiff's arrest, trial, and conviction for a March 1994 double murder. (Dkt. 1).

2. On April 29, 2024, Plaintiff sent waivers of service for Officer Defendants to the undersigned, and they timely signed and filed on June 4, 2024. (Dkts. 26-30). Pursuant to FRCP 4(d)(3), Officer Defendants' responsive pleading is due June 30, 2024.

3. Officer Defendants request an additional 30-days, until July 30, 2024, to answer or otherwise plead in response to Plaintiff's Complaint.

1

4. Officer Defendants are all long retired and some live out of state. In addition, as the underlying events that form the basis of Plaintiff's Complaint are from 30 years ago, Officer Defendants require additional time to review the decades-old police reports and their testimony from numerous criminal proceedings to answer the highly detailed allegations made in the Complaint.

5. This is Officer Defendants' first request for an extension of time to answer or otherwise plead. This motion is not made for the purpose of delay and no party will be prejudiced as a result of the granting the additional time requested. Indeed, Officer Defendants intend to proceed with the Court's April 30, 2024 order. (Dkt. 21).

6. Plaintiff's counsel has no opposition to the extension of time sought in this Motion.

WHEREFORE, Defendants, Kenneth Boudreau, James Cassidy, J. Gandurski, John Halloran, and Richard Zuley, respectfully request this Court enter an order granting them an extension of time, until July 30, 2024, to answer or otherwise plead to the Complaint.

Dated: June 20, 2024                                    Respectfully submitted,

                                                        /s/ Stacy A. Benjamin
                                                        Stacy A. Benjamin
                                                        *Special Assistant Corporation Counsel*

Eileen E. Rosen
Stacy A. Benjamin
Patrick R. Moran
Andrew J. Grill
Brittany D. Johnson-Delgado
Annie R. Goldstein
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, Suite 1900
Chicago, IL 60606
(312) 494-1000
erosen@rfclaw.com
sbenjamin@rfclaw.com
pmoran@rfclaw.com

agrill@rfclaw.com
bjohnson@rfclaw.com
agoldstein@rfclaw.com

## **CERTIFICATE OF SERVICE**

      I, Kara Hutson, a non-attorney, hereby certify that a copy of the attached Officer Defendants' Motion for Extension of Time to Answer has been served upon all counsel of record via electronic mail, MONTH #, 2024.

                                                                            */s/ Kara Hutson*_____
                                                                            Kara Hutson