IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID WRIGHT,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE CITY OF CHICAGO; KENNETH BOUDREAU; JAMES CASSIDY; J. GANDURSKI; JOHN HALLORAN; RICHARD ZULEY; STEVEN KLACZYNSKI; and COOK COUNTY, ILLINOIS,<br><br>    *Defendants*. | Case No. 1:24-cv-02466<br><br>Hon. John F. Kness, District Judge<br>Hon. Young B. Kim, Magistrate Judge |

## <u>SUPPLEMENTAL STATUS REPORT</u>

Following this Court's order (Dkt. 92), Plaintiff hereby submits the following supplemental status report:

### *Background*

The Joint Status Report filed earlier this week indicated as follows concerning a subpoena Plaintiff has noticed but not yet sent to the Fraternal Order of Police:

> The parties have conferred and reached impasse. ***Defendants*** intend to file a motion for protective order concerning this subpoena.

Dkt. 91 (emphasis added).

This Court's follow-up order indicated:

> Plaintiff is ordered to file by July 2, 2025, his motion to enforce subpoena served on FOP. Plaintiff is ordered to notice the motion for presentment on July 16, 2025, at 1:00 p.m. in courtroom 1019.

Dkt. 92.

### *Supplement*

In supplement, and for clarification, Plaintiff respectfully states:

Plaintiff has yet to serve the subpoena on the FOP because the Defendant Officers have objected to the scope of the subpoena. Plaintiff provided notice of intent to serve this subpoena on May 29, 2025. The Defendant Officers objected to the subpoena. The parties conferred. As a result, Plaintiff provided a revised version of the subpoena to the Defendant Officers on June 3, 2025. The Defendant Officers objected again. The parties conferred again. Plaintiff provided a second revised version of the subpoena to the Defendant Officers on June 4, 2025. On Wednesday June 11, 2025, the Defendant Officers indicated they objected to the proposed subpoena and intended to file a protective order about the subpoena. The parties thus reached impasse on the scope of the subpoena on June 11, 2025. Though Plaintiff proposed issuing a subpoena to the FOP for portions that were not subject to dispute, the Defendant Officers asked that no subpoena be served on the FOP whatsoever. Plaintiff has obliged. As a result, at Defendant Officers' request, Plaintiff has not issued the subpoena and is awaiting a motion for protective order to be filed by the Defendant Officers.

Respectfully submitted,


/s/ David B. Owens
*Counsel for Plaintiff*
Jon Loevy
Elizabeth Wang
David B. Owens
Loevy & Loevy
311 N. Aberdeen Street 3FL
Chicago, IL 60607
david@loevy.com

2