**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

David Wright
                        Plaintiff,

v.                                                   Case No.: 1:24–cv–02466
                                                               Honorable John F. Kness

City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2025:

        MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion for extension of time [103] is granted. Plaintiff now has until July 22, 2025, to file a response to Defendants' motion to quash (R. 98). Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.