IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID WRIGHT,<br><br>        *Plaintiff*,<br><br>v.<br><br>THE CITY OF CHICAGO; KENNETH BOUDREAU; JAMES CASSIDY; J. GANDURSKI; JOHN HALLORAN; RICHARD ZULEY; STEVEN KLACZYNSKI; and COOK COUNTY, ILLINOIS,<br><br>        *Defendants*. | Case No. 1:24-cv-02466<br><br>Hon. John F. Kness, District Judge<br>Hon. Young B. Kim, Magistrate Judge<br><br>JURY TRIAL DEMANDED |

**_UNOPPOSED_ MOTION FOR LEAVE
TO DEPOSE WITNESS AFTER FACT DISCOVERY DEADLINE**

NOW COMES Plaintiff, DAVID WRIGHT, by and through his attorneys, Loevy & Loevy, and moves this Court for leave to depose witness George Andrews. In support thereof, Plaintiff states as follows:

1. Thomas Biesty and George Andrews are a former Assistant State's Attorney with the Cook County State's Attorney's Office that prosecuted Plaintiff David Wright at trial for the 1994 homicide of Tyrone Rockett and Robert Smith.

2. Plaintiff initially served a notice for Mr. Biesty and Mr. Andrews depositions on September 10, 2025, noting the deposition for October 9, 2025.

3. Plaintiff had been attempting to contact and then serve Mr. Biesty and Mr. Andrews personally in September and October 2025 but was informed Mr. Andrews would obtain counsel for the deposition. Of course, Plaintiff did not further attempt to contact Mr. Andrews or Mr. Biesty. Instead, as requested, Plaintiff sent deposition information to counsel for Cook County, Joe Hodal, in October 2025.

4. Apparently that information needed to be sent to counsel for the CCSAO, David Adelman, which Plaintiff did not learn until February 2026.

5. Plaintiff then contacted counsel for the CCSAO and sought deposition dates for Mr. Biesty and Mr. Andrews in February or March 2026 before the close of discovery.

6. Mr. Biesty and Mr. Andrews did not complete the process of obtaining counsel until late February 2026.

7. Working through counsel, Plaintiff attempted to schedule the depositions of Mr. Biesty and Mr. Andrews before the current discovery deadline of March 13, 2026.

8. The deposition of Mr. Biesty was set for March 11, 2026, and proceeded that day.

9. On February 27, 2026, the parties filed a joint status report where, among other things, the absence of an available for Mr. Andrews' deposition was noted. Dkt. 142.

10. A discovery hearing regarding the parties' joint status report to discuss the outstanding discovery is scheduled for March 27, 2026 at 1pm. Dkts. 143, 144.

11. On March 11, 2026, counsel for the witness indicated Mr. Andrews is available for deposition on March 26 and March 27, 2026.

12. The parties are all available to proceed with Mr. Andrews deposition the morning of March 27, 2026, before the discovery hearing in the afternoon.

13. Good cause thus exists to permit this deposition to proceed. Mr. Andrews is a witness who has long been identified as a deponent; Mr. Andrews is someone who—due to no fault of Plaintiff (or the parties)—was not available for deposition before March 13, 2026; and Mr. Andrews has personal knowledge of issues related to the disputed *Brady* issues in the case.

14. This motion is unopposed.

2

WHEREFORE, Plaintiff David Wright respectfully seeks leave to take the deposition of witness George Andrews outside of the current fact discovery deadline and before the discovery hearing set on March 27, 2026.

BY: /s/ David B. Owens
*Attorney for Plaintiff*

David B. Owens
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
O: 312.243.5900
david@loevy.com
*Attorneys for Plaintiff*

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com

3